IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CAROL DENISE NICHOLS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:20-CV-1053-WKW |
| ) | [WO] |
| KILOLO KIJAKAZI, Acting ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

On April 7, 2023, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 24.) Upon an independent review of the record, it is ORDERED as follows:

(1) The Recommendation is ADOPTED;

(2) Plaintiff Carol Denise Nichols's motion for summary judgment (Doc. # 15) is GRANTED;

(3) Defendant Kilolo Kijakazi's motion for summary judgment (Doc. # 19) is DENIED; and

(4) The decision of the Acting Commissioner is REVERSED and REMANDED to the Acting Commissioner for further proceedings not inconsistent

2

with the Recommendation (Doc. # 24), in accordance with sentence four of 42 U.S.C. § 405(g).

DONE this 27th day of April, 2023.

                                                  /s/ W. Keith Watkins
                                     UNITED STATES DISTRICT JUDGE